IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA PETER,
MICHAEL PETER,
JULIKA BERGER and
JAROLIN BERGER,

        Plaintiffs,

v.                        No. 1:22-cv-00051-KWR-LF

SUSAN DIANE WOJCICKI,
WILLIAM HENRY GATES,
STEPHANE BANCEL and
ALBERT BOURLA,

        Defendants.

## RULE 58 JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal, which dismissed all of Plaintiffs' claims.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
UNITED STATES DISTRICT JUDGE